IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWRENCE BODNER, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AEGERION PHARMACEUTICALS, INC., MARC D. BEER, MARK J. FITZPATRICK, ANNE MARIE COOK, and MARK SUMERAY, M.D.<br><br>Defendants. | Civil Action No. 1:14-cv-10105-MLW |

**STIPULATION AND [PROPOSED] ORDER
CONCERNING SCHEDULING OF RESPONSE TO COMPLAINT**

WHEREAS, a proposed federal securities class action complaint (the "Complaint") was filed by Plaintiff Lawrence Bodner on January 15, 2014 against Defendants;

WHEREAS, Defendants have accepted service of the complaint and summons;

WHEREAS, because the claims in this action arise under the Securities Exchange Act of 1934 ("Exchange Act") (i.e., Chapter 2B of title 15, U.S.C.) and this action "is brought as a plaintiff class action pursuant to the Federal Rules of Civil Procedure" (15 U.S.C. § 78u-4(a)(1)), Section 21D of the Exchange Act (15 U.S.C. § 78u-4) applies, including its provisions governing the appointment of the lead plaintiff and its counsel, which are set forth in Section 21D(a)(3);

WHEREAS, 15 U.S.C. § 78u-4(a)(3)(A)-(B) provides that: (i) not later than twenty (20) days after the date on which the first complaint is filed, the plaintiff shall publish a notice advising members of the purported plaintiff class of the pendency of the action and the claims asserted therein; (ii) not later than sixty (60) days after the date on which the notice is published,

any member of the purported class may move the Court to serve as lead plaintiff; and (iii) not later than ninety (90) days after the date on which a notice is published, the Court shall appoint the "most adequate plaintiff" as lead plaintiff for the class;

WHEREAS, on January 15, 2014, counsel for Plaintiff caused such notice to be published, pursuant to 15 U.S.C. § 78u-4(a)(3)(A)(i)(I-II), advising class members that any member of the putative class may move the Court to serve as lead plaintiff no later than March 17, 2014;

WHEREAS, in order to avoid the unnecessary expenditure of effort by the parties and the Court prior to the appointment of lead plaintiff and the anticipated filing of an amended complaint, the parties have agreed, subject to the Court's approval, to the following:

1. Service is complete on all Defendants.

2. Defendants' obligation to answer, move, or otherwise respond to the Complaint is hereby suspended *sine die*. Defendants instead will respond to an amended complaint that the parties anticipate will be filed by the Court-appointed lead plaintiff pursuant to a schedule to be determined.

3. The parties seek the Court's approval of this proposed Order on the basis that it would be an inefficient use of the Court's time to consider a motion to dismiss prior to the resolution of lead-plaintiff motion(s) and anticipated filing of an amended complaint.

Dated: February 6, 2014
      Boston, Massachusetts                      Respectfully submitted,

| | |
|---|---|
| /s/ Jason M. Leviton | /s/ Randall W. Bodner |
| Jason M. Leviton (BBO #678331) | Randall W. Bodner (BBO# 549160) |
| Leigh E. O'Neil (BBO #681459) | Lisa L. Rachlin (BBO #679082) |
| Joel A. Fleming (BBO #685285) | Of Counsel |
| **BLOCK & LEVITON LLP** | **ROPES & GRAY LLP** |
| 155 Federal Street, Suite 1303 | Prudential Tower |
| Boston, MA 02110 | 800 Boylston Street |
| Tel: (617) 398-5600 | Boston, MA 02199-3600 |
| Fax: (617) 507-6020 | Tel: (617) 951-7000 |
| jason@blockesq.com | Fax: (617) 951-7050 |
| leigh@blockesq.com | randall.bodner@ropesgray.com |
| joel@blockesq.com | lisa.rachlin@ropesgray.com |
| | |
| **POMERANTZ LLP** | Nicholas M. Berg |
| Jeremy A. Lieberman | Of Counsel |
| Lesley F. Portnoy | **ROPES & GRAY LLP** |
| 600 Park Avenue, 20th Floor | 191 North Wacker Drive, 32nd Floor |
| New York, NY 10016 | Chicago, IL 60606 |
| Tel: (212) 661-1100 | Tel: (312) 845-1200 |
| Fax: (212) 661-8665 | Fax: (312) 845-5500 |
| jalieberman@pomlaw.com | nicholas.berg@ropesgray.com |
| lfportnoy@pomlaw.com | |
| | *Counsel for Defendants* |
| **POMERANTZ LLP** | *Aegerion Pharmaceuticals Inc.,* |
| Patrick V. Dahlstrom | *Marc D. Beer, Mark J. Fitzpatrick,* |
| 10 South LaSalle Street, Suite 3505 | *Anne Marie Cook, and Mark Sumerlay,* |
| Chicago, IL 60603 | *M.D.* |
| Tel: (312) 377-1181 | |
| Fax: (312) 377-1184 | |
| pdahlstrom@pomlaw.com | |

*Counsel for Plaintiff Lawrence Bodner*


SO ORDERED:                                                 _____
Dated: _____                   Hon. Mark L. Wolf
                                                       United States District Judge

## **CERTIFICATE OF SERVICE**

  I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 6th day of February, 2014.

                 /s/  Randall W. Bodner
                 Randall W. Bodner