**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LAWRENCE BODNER, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AEGERION PHARMACEUTICALS, INC., MARC D. BEER, MARK J. FITZPATRICK, ANNE MARIE COOK, and MARK SUMERAY, M.D.<br><br>Defendants. | Civil Action No. 1:14-cv-10105-MLW |

## MOTION FOR ADMISSION PRO HAC VICE

I, Randall W. Bodner, a member of the Bar of the United States District Court for the District of Massachusetts, who has entered an appearance in this action on behalf of Defendants Aegerion Pharmaceuticals, Inc., Marc D. Beer, Mark J. Fitzpatrick, Anne Marie Cook, and Mark Sumeray, M.D., respectfully moves this Court for admission *pro hac vice* of Lisa L. Rachlin, as counsel for the above-named defendants, pursuant to Local Rule 83.5.3(b).

Attached hereto in support of this motion is the certificate of Lisa L. Rachlin that she is a member of the bar in good standing in every jurisdiction where she has been admitted to practice; that there are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction; and that she is familiar with the Local Rules of this Court.

/s/ Randall W. Bodner
Randall W. Bodner (BBO# 549160)
**ROPES & GRAY LLP**
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
Fax: (617) 951-7050
randall.bodner@ropesgray.com

Dated: February 12, 2014

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

In accordance with Local Rule 7.1(a)(2), attorneys for the Defendants certify that they have conferred with plaintiff's counsel prior to filing this motion in a good faith effort to resolve the issue, and informed plaintiff's counsel that the Defendants intended to file this Motion for Admission Pro Hac Vice. Plaintiff's counsel indicated that the plaintiff does not oppose the motion.

                                                /s/ Randall W. Bodner
                                                  Randall W. Bonder

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 12, 2014.

                                                /s/ Randall W. Bodner
                                                  Randall W. Bonder

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LAWRENCE BODNER, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>AEGERION PHARMACEUTICALS, INC., MARC D. BEER, MARK J. FITZPATRICK, ANNE MARIE COOK, and MARK SUMERAY, M.D.<br><br>　　　　　　　　　　Defendants. | Civil Action No. 1:14-cv-10105-MLW |

**CERTIFICATE OF LISA L. RACHLIN IN SUPPORT OF MOTION FOR
ADMISSION *PRO HAC VICE***

Pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts, I, Lisa L. Rachlin, certify the following:

1. I am a member of the law firm of Ropes & Gray LLP, resident in the firm's Boston office. My office address is Prudential Tower, 800 Boylston Street, Boston, MA 02199, and my office telephone number is (617) 951-7007.

2. I am a member in good standing in each and every jurisdiction to which I have been admitted to practice, including the bar of the State of Massachusetts.

3. I have not been disciplined by, and there are currently no pending disciplinary proceedings against me in, any jurisdiction to which I have been admitted generally, *pro hac vice*, or in any other way.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Respectfully submitted,

Dated: February 12, 2014

By: ___/s/ Lisa L. Rachlin___
(hard copy with signature on file)
Lisa L. Rachlin
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
*Lisa.Rachlin@ropesgray.com*
Tel.: (617) 951-7007