**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| LAWRENCE BODNER, Individually and On Behalf of All Other Persons Similarly Situated, | : : : | Case No. 1:14-cv-10105-MLW |
| Plaintiff, | : : | |
| v. | : : | |
| AEGERION PHARMACEUTICALS, INC., MARC D. BEER, MARK J. FITZPATRICK, ANNE MARIE COOK, and MARK SUMERAY M.D., | : : : : : | |
| Defendants. | : | |

**JOINT RESPONSE AND STIPULATION BY LEAD PLAINTIFF MOVANTS AND [PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFF'S SELECTION OF COUNSEL**

WHEREAS, the above-captioned class action lawsuit *Bodner v. Aegerion Pharmaceuticals, Inc.*, No. 1:14-cv-10105-MLW (D. Mass.) (the "Action") was filed on January 15, 2014 (ECF No. 1), alleging violations of the federal securities laws on behalf of all persons who purchased or otherwise acquired shares of Aegerion Pharmaceuticals, Inc. ("Aegerion" or the "Company") between March 15, 2012, and January 9, 2014, inclusive (the "Class Period");

WHEREAS, pursuant to Section 21(D)(a)(3)(A) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(A), plaintiff in the Action published a notice on *GlobeNewswire* on January 15, 2014, advising class members of their right to move the Court to serve as lead plaintiff by March 17, 2014;

WHEREAS, on March 17, 2014, KBC Asset Management NV and Sheet Metal Workers' National Pension Fund (collectively, the "Institutional Investor Group") filed a motion to be appointed Lead Plaintiff in the Action and for approval of its selection of the law firm Motley Rice LLC ("Motley Rice") as Lead Counsel for the Class (ECF No. 9);

WHEREAS, on March 17, 2014, Chester County Employees Retirement Fund (the "Retirement Fund") filed a motion to be appointed Lead Plaintiff in the Action and for approval of its selection of the law firm Robbins Geller Rudman & Dowd LLP ("Robbins Geller") as Lead Counsel for the Class (ECF No. 16);

WHEREAS, on March 17, 2014, David Neimeyer and Mary B. Neimeyer (collectively, the "Neimeyers") filed a motion to be appointed Lead Plaintiff in the Action and for approval of their selection of the law firm Pomerantz LLP as Lead Counsel (ECF No. 15);

WHEREAS, in the days following the filing of the respective lead plaintiff motions, counsel for the Institutional Investor Group had discussions regarding the pending motions with counsel for the Retirement Fund and counsel for the Neimeyers;

WHEREAS, on March 31, 2014, the Neimeyers withdrew their motion for appointment as Lead Plaintiff (ECF No. 22);

WHEREAS, the only remaining Lead Plaintiff movants are the Institutional Investor Group and the Retirement Fund;

WHEREAS, the Institutional Investor Group and the Retirement Fund respectfully submit that an informal resolution of the motions is appropriate and in the best interests of the Class;

WHEREAS, the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B)(iii), provides, *inter alia*, that the most adequate plaintiff to serve as lead plaintiff is, in the determination of the Court, the "person or group of persons" that has the largest financial interest in the relief sought by the class and otherwise satisfies the relevant requirements of Federal Rule of Civil Procedure 23. *See, e.g.*, *Leech v. Brooks Automation, Inc.*, Civ. A. No. 06-11068-RWZ, 2006 WL 3690736, at *1 (D. Mass. Dec. 13, 2006);

WHEREAS, the Institutional Investor Group claimed a loss of $2.3 million from its transactions in Aegerion common stock during the Class Period (ECF No. 11-2);

WHEREAS, the Retirement Fund reported a loss of $66,000 from its transactions in Aegerion common stock during the Class Period (ECF No. 18-3);

WHEREAS, the Institutional Investor Group and the Retirement Fund also "otherwise satisf[y] the requirements of Rule 23 of the Federal Rules of Civil Procedure." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(cc); *see also* ECF Nos. 11-2, 18-3.

IT IS HEREBY STIPULATED and AGREED, subject to the Court's approval, as follows:

1. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B), the Institutional Investor Group and the Retirement Fund are appointed to serve as Lead Plaintiff in the Action; and

2. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), Lead Plaintiff's selection of Motley Rice and Robbins Geller as Lead Counsel is approved.

      /s/ Gregg S. Levin
Gregg S. Levin (BBO# 563771)
Badge Humphries
David P. Abel
Christopher Moriarty
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
Telephone:  (843) 216-9000
Facsimile:   (843) 216-9450
Email:         glevin@motleyrice.com
                   bhumphries@motleyrice.com
                   dabel@motleyrice.com
                   cmoriarty@motleyrice.com

*Counsel for the Institutional Investor Group and [Proposed] Lead Counsel for the Class*


      /s/ Danielle S. Myers (with permission)
Darren J. Robbins
Danielle S. Myers
**ROBBINS GELLER RUDMAN & DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone:  (619) 231-1058
Facsimile:   (619) 231-7423
Email:         darrenr@rgrdlaw.com
                   dmyers@rgrdlaw.com

*Counsel for the Retirement Fund and [Proposed] Lead Counsel for the Class*

3

**IT IS SO ORDERED.**

Dated: _____         _____
                                                                                  The Honorable Mark L. Wolf
                                                                                  U.S. District Judge

4

## CERTIFICATE OF SERVICE

I, Gregg S. Levin, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on March 31, 2014.

Dated:  March 31, 2014                           /s/ Gregg S. Levin
                                                 Gregg S. Levin