UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWRENCE BODNER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>AEGERION PHARMACEUTICALS, INC., MARC D. BEER, MARK J. FITZPATRICK, ANNE MARIE COOK, and MARK SUMERAY M.D.,<br><br>Defendants. | No. 1:14-cv-10105-MLW<br><br>CLASS ACTION |

**CERTIFICATE PURSUANT TO LOCAL RULE 15.1(B)**

I hereby make this certification pursuant to Local Rule 15.1(b) and state as follows:

1. The policy underlying Local Rule 15.1(b), which provides that fourteen days advance notice must be provided to a proposed new party of the claims against him, has been fulfilled.

2. Dr. Sumeray's counsel, Ian Roffman, Esq., agreed to accept service of the Second Amended Complaint on Dr. Sumeray's behalf on September 2, 2015. Two days later, Dr. Sumeray filed a motion to strike that pleading, expressly acknowledging that on August 21, 2015, "Plaintiffs [had] filed a purported amended complaint against Dr. Sumeray, naming him as a defendant in their Second Amended Complaint." ECF No. 64 at 3.

3. Thus, Dr. Sumeray has been on actual notice of Lead Plaintiffs' allegations against him in the Second Amended Complaint for several months.

Dated: March 23, 2016                    /s/ *Gregg S. Levin*
                                          Gregg S. Levin, BBO # 563771