UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KBC ASSET MANAGEMENT NV, SHEET METAL WORKERS' NATIONAL PENSION FUND, and CHESTER COUNTY EMPLOYEES RETIREMENT FUND,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>AEGERION PHARMACEUTICALS, INC., et al.,<br><br>　　　　　Defendants. | ) No. 1:14-cv-10105-MLW<br>)<br>) <u>CLASS ACTION</u><br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS UPDATE REGARDING THE COURT'S AUGUST 10, 2016 ORDER (ECF NO. 125)**

　　　　Lead Plaintiffs KBC Asset Management NV, Sheet Metal Workers' National Pension Fund, and Chester County Employees Retirement Fund ("Lead Plaintiffs"), on the one hand, and Aegerion Pharmaceuticals, Inc., Marc D. Beer, Mark J. Fitzpatrick, and Craig Fraser (collectively, "Defendants"), on the other, jointly provide the following status update pursuant to the Court's August 10, 2016 order (ECF No. 125) allowing the parties' joint motion to stay the briefing schedule while the parties attempt to resolve the claims in the complaint through mediation, and ordering that "[t]he parties shall, by October 21, 2016, report whether this case has been settled and, if not, whether they request more time to pursue settlement":

　　　　1.　　The parties initially reached agreement to mediate their claims before Honorable Daniel Weinstein (retired) in New York, New York on September 15, 2016. However, on September 8, 2016, the parties learned that Judge Weinstein would not be able to travel to New York for the September 15 mediation due to medical issues. Given this development, the parties were forced to reschedule the previously set September 15 mediation for another date.

1

2. The parties have now rescheduled the mediation to take place in New York on November 14, 2016, before Judge Weinstein or his colleague, Jed Melnick. November 14, 2016, was the earliest identifiable date that was mutually available for the mediator and all of the numerous necessary parties to mediate.

3. Subject to the Court's approval, the parties propose to file with the Court a status update by November 30, 2016, reporting whether the parties have reached an agreement to settle the claims set forth in Plaintiffs' Third Amended Complaint and, if not, whether the parties request more time to pursue settlement.

WHEREFORE, the parties respectfully request that the Court approve the above proposal.

Dated: October 7, 2016

Respectfully submitted,

/s/ Gregg S. Levin
Gregg S. Levin (BBO # 563771)
Christopher F. Moriarty (*pro hac vice*)
**MOTLEY RICE LLC**
28 Bridgeside Boulevard
Mt. Pleasant, South Carolina 29464
Tel: (843) 216-9000
Fax: (843) 216-9450
glevin@motleyrice.com
cmoriarty@motleyrice.com

William H. Narwold (*pro hac vice*)
**MOTLEY RICE LLC**
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
Telephone: (860) 882-1676
bnarwold@motleyrice.com

Jack Reise (*pro hac vice*)
Stephen R. Astley (*pro hac vice*)

/s/ Randall W. Bodner
Randall W. Bodner (BBO # 549160)
Mark D. Vaughn (BBO # 673002)
**ROPES & GRAY LLP**
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-3600
Tel: (617) 951-7000
Fax: (617) 951-7050
randall.bodner@ropesgray.com
mark.vaughn@ropesgray.com

Nicholas M. Berg (*pro hac vice*)
**ROPES & GRAY LLP**
191 North Wacker Drive, 32nd Floor
Chicago, Illinois 60606
Tel: (312) 845-1200
Fax: (312) 845-5500
nicholas.berg@ropesgray.com

Sabrina E. Tirabassi (*pro hac vice*)
**ROBBINS GELLER RUDMAN
& DOWD LLP**
120 East Palmetto Park Road, Suite 500
Boca Raton, Florida 33432
Tel: (561) 750-3000
Fax: (561) 750-3364
jreise@rgrdlaw.com
sastley@rgrdlaw.com
stirabassi@rgrdlaw.com

*Counsel for Lead Plaintiffs*

*Counsel for Defendant Aegerion Pharmaceuticals, Inc.*

/s/ R.J. Cinequegrana
R.J. Cinquegrana (BBO # 084100)
**CHOATE HALL & STEWART LLP**
Two International Place
Boston, Massachusetts 02110
Tel: (617) 248-5000
Fax: (617) 248-4000
rjcinquegrana@choate.com

*Counsel for Defendant Marc D. Beer*

/s/ Ian D. Roffman
Ian D. Roffman (BBO # 637564)
**NUTTER MCCLENNEN & FISH LLP**
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210
Tel: (617) 439-2000
Fax: (617) 310-9000
iroffman@nutter.com

*Counsel for Defendant Mark J. Fitzpatrick*

/s/ Gregory F. Noonan
William H. Kettlewell (BBO # 270320)
Gregory F. Noonan (BBO # 651035)
Lauren A. Graber (BBO # 679226)
**COLLORA LLP**
100 High Street – 20th Floor
Boston, Massachusetts 02110
Tel: (617) 371-1000
Fax: (617) 371-1037
wkettlewell@collorallp.com
gnoonan@collorallp.com
lgraber@collorallp.com

*Counsel for Defendant Craig Fraser*

3

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically on this 7th day of October, 2016, to the registered participants as on the Notice of Electronic Filing (NEF). At this time, I am not aware of any non-registered participants to whom paper copies must be sent.

/s/ *Mark D. Vaughn*
Mark D. Vaughn