UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KBC ASSET MANAGEMENT NV, SHEET METAL WORKERS' NATIONAL PENSION FUND, and CHESTER COUNTY EMPLOYEES RETIREMENT FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>AEGERION PHARMACEUTICALS, INC., et al.,<br><br>Defendants. | ) No. 1:14-cv-10105-MLW<br>)<br>) <u>CLASS ACTION</u><br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## <u>JOINT STATUS UPDATE</u>

Lead Plaintiffs KBC Asset Management NV, Sheet Metal Workers' National Pension Fund, and Chester County Employees Retirement Fund ("Lead Plaintiffs"), on the one hand, and Aegerion Pharmaceuticals, Inc., Marc D. Beer, Mark J. Fitzpatrick, and Craig Fraser (collectively, "Defendants"), on the other, jointly provide the following status update.  This update is provided pursuant to the joint status update filed on October 7, 2016 (ECF No. 126), informing the Court that a mediation had been rescheduled for November 14, 2016, and proposing to file a status update by November 30, 2016, "reporting whether the parties have reached an agreement to settle the claims set forth in Plaintiffs' Third Amended Complaint and, if not, whether the parties request more time to pursue settlement":

1.      The parties engaged in mediation beginning on November 14, 2016, in New York, New York, with Honorable Daniel Weinstein and his colleague Jed Melnick participating as mediators.

2.     Through that mediation process, on November 29, 2016, the parties reached agreement on terms of a proposed settlement agreement, subject to approval by Aegerion's board of directors.   The board will meet on December 1, 2016.   The parties are proceeding with documentation of those settlement terms, which will be filed with the Court shortly.

WHEREFORE, the parties respectfully request that the Court order that this action remain stayed until such time as the Stipulation and Proposed Settlement are filed.


Dated: November 30, 2016

Respectfully submitted,

/s/ Gregg S. Levin
Gregg S. Levin (BBO # 563771)
Christopher F. Moriarty (*pro hac vice*)
**MOTLEY RICE LLC**
28 Bridgeside Boulevard
Mt. Pleasant, South Carolina 29464
Tel: (843) 216-9000
Fax: (843) 216-9450
glevin@motleyrice.com
cmoriarty@motleyrice.com

William H. Narwold (*pro hac vice*)
**MOTLEY RICE LLC**
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
Telephone: (860) 882-1676
bnarwold@motleyrice.com

Jack Reise (*pro hac vice*)
Stephen R. Astley (*pro hac vice*)
Sabrina E. Tirabassi (*pro hac vice*)
**ROBBINS GELLER RUDMAN
& DOWD LLP**
120 East Palmetto Park Road, Suite 500
Boca Raton, Florida 33432
Tel: (561) 750-3000
Fax: (561) 750-3364
jreise@rgrdlaw.com

/s/ Randall W. Bodner
Randall W. Bodner (BBO # 549160)
Mark D. Vaughn (BBO # 673002)
**ROPES & GRAY LLP**
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-3600
Tel: (617) 951-7000
Fax: (617) 951-7050
randall.bodner@ropesgray.com
mark.vaughn@ropesgray.com

Nicholas M. Berg (*pro hac vice*)
**ROPES & GRAY LLP**
191 North Wacker Drive, 32nd Floor
Chicago, Illinois 60606
Tel: (312) 845-1200
Fax: (312) 845-5500
nicholas.berg@ropesgray.com

*Counsel for Defendant Aegerion
Pharmaceuticals, Inc.*

/s/ R.J. Cinequegrana
R.J. Cinquegrana (BBO # 084100)
**CHOATE HALL & STEWART LLP**
Two International Place
Boston, Massachusetts 02110
Tel: (617) 248-5000

sastley@rgrdlaw.com
stirabassi@rgrdlaw.com

*Counsel for Lead Plaintiffs*

Fax: (617) 248-4000
rjcinquegrana@choate.com

*Counsel for Defendant Marc D. Beer*

/s/ Ian D. Roffman
Ian D. Roffman (BBO # 637564)
**NUTTER MCCLENNEN & FISH
LLP**
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210
Tel: (617) 439-2000
Fax: (617) 310-9000
iroffman@nutter.com

*Counsel for Defendant Mark J.
Fitzpatrick*

/s/ Gregory F. Noonan
William H. Kettlewell (BBO # 270320)
Gregory F. Noonan (BBO # 651035)
Lauren A. Graber (BBO # 679226)
**COLLORA LLP**
100 High Street – 20th Floor
Boston, Massachusetts 02110
Tel: (617) 371-1000
Fax: (617) 371-1037
wkettlewell@collorallp.com
gnoonan@collorallp.com
lgraber@collorallp.com

*Counsel for Defendant Craig Fraser*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically on this 30th day of November, 2016, to the registered participants as on the Notice of Electronic Filing (NEF).  At this time, I am not aware of any non-registered participants to whom paper copies must be sent.

/s/ *Mark D. Vaughn*
Mark D. Vaughn