## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KBC ASSET MANAGEMENT NV, et al., Individually and on Behalf of All Others Similarly Situated, | ) No. 1:14-cv-10105-MLW ) ) |
| | ) <u>CLASS ACTION</u> |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| AEGERION PHARMACEUTICALS, INC., et al., | ) |
| | ) |
| Defendants. | ) |
| ——————————————————— | ) |

### LEAD PLAINTIFFS' UNOPPOSED MOTION
### FOR PRELIMINARY APPROVAL OF SETTLEMENT,
### CERTIFICATION OF A SETTLEMENT CLASS, AND
### APPROVAL OF NOTICE TO THE SETTLEMENT CLASS

PLEASE TAKE NOTICE that upon the Stipulation of Settlement dated January 17, 2017, submitted herewith; the accompanying Memorandum of Law; and all other papers and proceedings herein, Lead Plaintiffs KBC Asset Management NV, Sheet Metal Workers' National Pension Fund, and Chester County Employees' Retirement Fund (together, "Lead Plaintiffs") respectfully submit this motion pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, for an order (i) preliminarily approving the proposed Settlement; (ii) certifying the proposed Class and appointing Lead Plaintiffs as class representatives and Lead Counsel as class counsel for purposes of the Settlement; (iii) approving the form and manner of giving notice of the proposed Settlement to Class Members; and (iv) scheduling a hearing on final approval of the Settlement and Lead Counsel's motion for an award of attorneys' fees and litigation expenses (which may include a request, pursuant to the Private Securities Litigation Reform Act of 1995, for reimbursement of one or more of Lead Plaintiffs' time and expenses representing the Class).  Attached hereto as Exhibit 1 is a [Proposed] Order Preliminarily Approving Settlement and Providing for Notice.

Defendants do not oppose the relief requested in this Motion.

Dated: January 17, 2017

Respectfully submitted,

*/s/ Gregg S. Levin*
Gregg S. Levin (BBO # 563771)
Christopher F. Moriarty (*pro hac vice*)
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
Telephone:  (843) 216-9000
Facsimile:  (843) 216-9450
E-mails:    glevin@motleyrice.com
                cmoriarty@motleyrice.com

William H. Narwold (*pro hac vice*)
**MOTLEY RICE LLC**
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT  06103
Telephone: (860) 882-1676
E-mail:      bnarwold@motleyrice.com

Jack Reise (*pro hac vice*)
Stephen R. Astley (*pro hac vice*)
Sabrina E. Tirabassi (*pro hac vice*)
**ROBBINS GELLER RUDMAN
    & DOWD LLP**
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone: (561) 750-3000
Facsimile:  (561) 750-3364
E-mails:    jreise@rgrdlaw.com
                sastley@rgrdlaw.com
                stirabassi@rgrdlaw.com

*Counsel for Lead Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically on this 17th day of January, 2017, to the registered participants as on the Notice of Electronic Filing (NEF).  At this time, I am not aware of any non-registered participants to whom paper copies must be sent.

/s/ *Gregg S. Levin*
Gregg S. Levin