UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KBC ASSET MANAGEMENT NV, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>AEGERION PHARMACEUTICALS, INC., et al.,<br><br>    Defendants. | No. 1:14-cv-10105-MLW<br><br><u>CLASS ACTION</u><br><br>LEAD PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT AND APPROVAL OF PLAN OF ALLOCATION |

PLEASE TAKE NOTICE that on November 30, 2017, at 2:00 p.m. at the United States District Court for the District of Massachusetts, at the John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Boston, MA 02210, Lead Plaintiffs KBC Asset Management NV, Sheet Metal Workers' National Pension Fund, and Chester County Employees' Retirement Fund, (collectively, "Lead Plaintiffs"), on behalf of the proposed Class, will respectfully move this Court, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, for entry of orders: (a) granting final approval of the proposed Settlement; and (b) approving the proposed Plan of Allocation.

PLEASE TAKE FURTHER NOTICE that, in support of their motion, Lead Plaintiffs submit and are filing herewith:  the Memorandum of Law in Support of Lead Plaintiffs' Motion for Final Approval of Settlement and Approval of Plan of Allocation; the Joint Declaration of Jack Reise and Gregg S. Levin in Support of:  (A) Lead Plaintiffs' Motion for Final Approval of Settlement and Approval of Plan of Allocation, and (B) Lead Counsel's Motion for Attorneys' Fees, Payment of

Litigation Expenses, and Reimbursement of Lead Plaintiffs' Expenses; the Declaration of Carole K. Sylvester; and the Declarations of Lead Plaintiffs.

Proposed orders will be submitted with Lead Plaintiffs' reply submission on November 16, 2017.

DATED: October 2, 2017                    Respectfully submitted,


*/s/ Gregg S. Levin*
Gregg S. Levin (BBO # 563771)
Christopher F. Moriarty (*pro hac vice*)
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
Telephone:     (843) 216-9000
Facsimile:      (843) 216-9450
E-mails:         glevin@motleyrice.com
                     cmoriarty@motleyrice.com

William H. Narwold (*pro hac vice*)
**MOTLEY RICE LLC**
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT  06103
Telephone:     (860) 882-1676
E-mail:bnarwold@motleyrice.com

Jack Reise (*pro hac vice*)
Stephen R. Astley (*pro hac vice*)
Sabrina E. Tirabassi (*pro hac vice*)
**ROBBINS GELLER RUDMAN
  & DOWD LLP**
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:     (561) 750-3000
Facsimile:      (561) 750-3364
E-Mails:         jreise@rgrdlaw.com
                     sastley@rgrdlaw.com
                     stirabassi@rgrdlaw.com

Ellen Gusikoff Stewart (*pro hac vice*)
**ROBBINS GELLER RUDMAN
  & DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:   (619) 231-1058
Facsimile:    (619) 231-7423
E-mails:       elleng@rgrdlaw.com

*Counsel for Lead Plaintiffs*

- 3 -

1313950_1

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically on this 2nd day of October, 2017, to the registered participants as listed on the Notice of Electronic Filing (NEF). At this time, I am not aware of any non-registered participants to whom paper copies must be sent.

/s/ *Gregg S. Levin*
Gregg S. Levin
MOTLEY RICE LLC
