UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KBC ASSET MANAGEMENT NV, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>                                   Plaintiff,<br><br>        vs.<br><br>AEGERION PHARMACEUTICALS, INC., et al.,<br><br>                                   Defendants. | No. 1:14-cv-10105-MLW<br><br><u>CLASS ACTION</u><br><br>LEAD COUNSEL'S NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES, PAYMENT OF LITIGATION EXPENSES, AND REIMBURSEMENT OF LEAD PLAINTIFFS' EXPENSES |

PLEASE TAKE NOTICE that on November 30, 2017, at 2:00 p.m. at the United States District Court for the District of Massachusetts, at the John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Boston, MA 02210, Lead Counsel, Robbins Geller Rudman & Dowd LLP and Motley Rice LLC (collectively, "Lead Counsel"), will respectfully move this Court, pursuant to Rules 23(h) and 54(d)(2) of the Federal Rules of Civil Procedure, for entry of an order:  (a) awarding attorneys' fees; (b) paying litigation expenses incurred by Lead Counsel; and (c) reimbursing Lead Plaintiffs' expenses pursuant to the Private Litigation Securities Reform Act of 1995.

PLEASE TAKE FURTHER NOTICE that, in support of their motion, Lead Counsel submit and are filing herewith:  the Memorandum of Law in Support of Lead Counsel's Motion for Attorneys' Fees, Payment of Litigation Expenses, and Reimbursement of Lead Plaintiffs' Expenses; the Joint Declaration of Jack Reise and Gregg S. Levin in Support of:  (A) Lead Plaintiffs' Motion for Final Approval of Settlement and Approval of Plan of Allocation, and (B) Lead Counsel's Motion for Attorneys' Fees, Payment of Litigation Expenses, and Reimbursement of Lead Plaintiffs'

1313949_1

Expenses; the Declaration of Carole K. Sylvester; the Declarations of Lead Plaintiffs; and the Declarations of Lead Counsel.

A proposed order will be submitted with Lead Counsel's reply submission on November 16, 2017.

DATED:  October 2, 2017					Respectfully submitted,


							*/s/ Gregg S. Levin*
							Gregg S. Levin (BBO # 563771)
							Christopher F. Moriarty (*pro hac vice*)
							**MOTLEY RICE LLC**
							28 Bridgeside Blvd.
							Mt. Pleasant, SC  29464
							Telephone:	(843) 216-9000
							Facsimile:	(843) 216-9450
							E-mails:	glevin@motleyrice.com
									cmoriarty@motleyrice.com

							William H. Narwold (*pro hac vice*)
							**MOTLEY RICE LLC**
							One Corporate Center
							20 Church Street, 17th Floor
							Hartford, CT  06103
							Telephone:	(860) 882-1676
							E-mail:bnarwold@motleyrice.com

							Jack Reise (*pro hac vice*)
							Stephen R. Astley (*pro hac vice*)
							Sabrina E. Tirabassi (*pro hac vice*)
							**ROBBINS GELLER RUDMAN
							  & DOWD LLP**
							120 East Palmetto Park Road, Suite 500
							Boca Raton, FL  33432
							Telephone:	(561) 750-3000
							Facsimile:	(561) 750-3364
							E-Mails:	jreise@rgrdlaw.com
									sastley@rgrdlaw.com
									stirabassi@rgrdlaw.com

Ellen Gusikoff Stewart (*pro hac vice*)
**ROBBINS GELLER RUDMAN
 & DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  (619) 231-1058
Facsimile:  (619) 231-7423
E-mails:  elleng@rgrdlaw.com

*Counsel for Lead Plaintiffs*

- 3 -

1313949_1

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically on this 2nd day of October, 2017, to the registered participants as listed on the Notice of Electronic Filing (NEF). At this time, I am not aware of any non-registered participants to whom paper copies must be sent.

/s/ *Gregg S. Levin*
Gregg S. Levin
MOTLEY RICE LLC