UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KBC ASSET MANAGEMENT NV, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>                        Plaintiff,<br><br>vs.<br><br>AEGERION PHARMACEUTICALS, INC., et al.,<br><br>                        Defendants. | No. 1:14-cv-10105-MLW<br><br><u>CLASS ACTION</u><br><br>ORDER AWARDING ATTORNEYS' FEES, PAYMENT OF LITIGATION EXPENSES, AND REIMBURSEMENT OF LEAD PLAINTIFFS' EXPENSES |

This matter came before the Court on November 30, 2017, for a hearing on Lead Counsel's Motion for Attorneys' Fees, Payment of Litigation Expenses, and Reimbursement of Plaintiffs' Expenses (the "Fee Motion"). A notice of the hearing, substantially in the form approved by the Court (the "Notice"), was mailed to all reasonably identified Class Members. A summary notice (the "Summary Notice"), substantially in the form approved by the Court, was published in *The Wall Street Journal* and transmitted over the *Business Wire*.

For the reasons described in detail at the November 30, 2017 hearing, it is hereby ORDERED that:

1. The Court has jurisdiction over the subject matter of this Litigation and over all parties to the Litigation, including all Class Members and the Claims Administrator.

2. All capitalized terms used in this Order have the meanings defined in the Stipulation of Settlement dated January 17, 2017 (the "Stipulation"), and filed with the Court that day. See Docket No. 136.

3. Notice of the Fee Motion was given to all Class Members who could be located with reasonable effort and satisfied all legal requirements.

4. The Fee Motion is ALLOWED. Counsel are awarded: (a) attorneys' fees in the amount of $4,450,000.00, plus interest at the same rate earned by the Settlement Fund (or 20% of the Settlement Fund, which includes interest earned); and (b) payment of litigation expenses in the amount of $184,526.47, plus interest at the same rate earned by the Settlement Fund, which sums the Court finds to be fair and reasonable.

5. In accordance with 15 U.S.C. §78u-4(a)(4), Lead Plaintiffs are awarded as reimbursement of their reasonable lost wages and expenses directly related to their representation of the Class the following amounts:

| | |
|---|---|
| KBC Asset Management NV | $6,437.50 |
| Sheet Metal Workers' National Pension Fund | $3,406.25 |
| Chester County Employees' Retirement Fund | $6,695.68 |

6. The awarded attorneys' fees and expenses and interest earned thereon, as well as the reimbursement of Lead Plaintiffs' costs and expenses, shall be paid to Lead Counsel from the Settlement Fund within three calendar days after the Court executes the Judgment and this Order awarding fees and expenses, subject to the terms, conditions, and obligations of the Stipulation, which are incorporated herein.

7. Any appeal or any challenge affecting the Court's approval regarding the Fee Motion shall not alter or affect the finality of the Judgment entered with respect to the Settlement.

8. Exclusive jurisdiction is retained by the Court over the subject matter of this Litigation and over all parties to the Litigation, including the administration and distribution of the Net Settlement Fund to Class Members.

9. In the event that the Settlement is terminated or does not become Final, or the Effective Date does not occur in accordance with the terms of the Stipulation, this Order shall be rendered null and void to the extent provided by the Stipulation and shall be vacated in accordance with the Stipulation.

DATED: December 6, 2017

HONORABLE MARK L. WOLF
UNITED STATES DISTRICT JUDGE